IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ABEL DIAZ,

    Plaintiff,

v.

WACHOVIA, et al.,

    Defendants.

No. C 11-03276 JSW

**ORDER TO SHOW CAUSE**

In the complaint filed by plaintiff Abel Diaz ("Plaintiff"), he alleges that he resides at 31353 San Andreas, Union City, California and defines this property as the "Subject Property." (Compl., ¶ 1.) However, the notice of default for Plaintiff's loan and the substitution of trustee, attached as Exhibit A and B to his complaint, both refer to a property located at 2250 Ralmar Avenue, East Palo Alto, California. Therefore, Plaintiff makes inconsistent allegations regarding which is the property at issue in this lawsuit. Accordingly, the Court HEREBY ORDERS Plaintiff to SHOW CAUSE ("OSC") in writing by no later than October 26, 2011 whether he disputes that the property he alleges was foreclosed upon is located at 2250 Ralmar Avenue, East Palo Alto, California. In his response to this OSC, Plaintiff shall include a declaration from him attesting to what property he alleges Wells Fargo' foreclosed upon.

///

///

///

///

The Court FURTHER ORDERS that the hearing on Wells Fargo's motion to dismiss and motion to strike and the case management conference are HEREBY CONTINUED to January 6, 2012 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: October 13, 2011

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE